NATALIE WINSLOW, ESQ.
Nevada Bar No. 12125
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: natalie.winslow@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for Carrington Mortgage Service, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHERYL DAVIS,<br><br>Plaintiffs,<br><br>v.<br><br>CARRINGTON MORTGAGE SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANSUNION LLC,<br><br>Defendants. | Case No.: 2:18-cv-02181-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO ANSWER COMPLAINT**<br><br>[FIRST REQUEST] |

Defendant Carrington Mortgage Services, LLC (**Carrington**) and Plaintiff Cheryl Davis (**Plaintiff**) by and through their respective counsel of record, hereby stipulate and agree as follows:

Plaintiff Cheryl Davis file her complaint on November 13, 2018 [ECF No. 1]. Carrington's deadline to answer complaint is December 6, 2018. The parties stipulate and agree that Carrington shall have until, **January 7, 2019** to file a response to Plaintiff's amended complaint. (ECF No. 14).

. . .

. . .

. . .

. . .

47160762;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

This is the first request for an extension of this deadline, is made in good faith, and is not made for purposes of undue delay. The request is made to allow Carrington to further review the amended allegations of the complaint and provide a meaningful response.

Dated: December 6, 2018.

| **AKERMAN LLP** | **HAINES & KRIEGER, LLC** |
|---|---|
| /s/ *Tenesa Powell*_____ | /s/ *Shaina R. Plaskin* |
| NATALIE WINSLOW, ESQ. | DAVID H. KRIEGER, ESQ. |
| Nevada Bar No. 12125 | Nevada Bar No. 9086 |
| TENESA S. POWELL, ESQ. | 8985 S. Eastern Ave. Suite 350 |
| Nevada Bar No. 12488 | Las Vegas, Nevada 89123 |
| 1635 Village Center Circle, Suite 200 | |
| Las Vegas, Nevada 89134 | and |
| *Attorneys for Carrington Mortgage Services, LLC* | MATTHEW I. KNEPPER, ESQ. |
| | Nevada Bar No. 12796 |
| | MILES N. CLARK, ESQ. |
| | Nevada Bar No. 13848 |
| | SHAINA R. PLAKSIN, ESQ. |
| | Nevada Bar No. 13935 |
| | **KNEPPER & CLARK LLC** |
| | 10040 W. Cheyenne Ave. Suite 170-109 |
| | Las Vegas, NV 89129 |
| | *Attorneys for Cheryl Davis* |

**ORDER**

**IT IS SO ORDERED.**

DATED: December 7, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

2

47160762;1