ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000 FAX (702) 385-7000

**KURT BONDS**
Nevada Bar No. 6228
**TREVOR WAITE**
Nevada Bar No. 13779
**ALVERSON TAYLOR & SANDERS**
6605 Grand Montecito Pkwy, Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
Facsimile: (702) 385-7000
kbonds@alversontaylor.com
twaite@alversontaylor.com
***Counsel for Trans Union LLC***

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

-*-

| | |
|---|---|
| CHERYL DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>CARRINGTON MORTGAGE SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANSUNION, LLC,<br><br>Defendant. | Case No. 2:18-cv-02181-APG-VCF<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Cheryl Davis ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On November 13, 2018, Plaintiff filed her Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is December 6, 2018. Trans Union requires additional time to locate and assemble the documents relating to Plaintiff's claims and allegations. Further, Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.

1                                                                KB/86

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000 FAX (702) 385-7000

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including December 27, 2018. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's amended Complaint.

Dated this 4th day of December, 2018

**ALVERSON TAYLOR & SANDERS**

//S// Trevor R. Waite
-----
Kurt Bonds Nevada Bar No. 6228
Trevor Waite Nevada Bar No. 13779
6605 Grand Montecito Pkwy, Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
Facsimile: (702) 385-700
kbonds@alversontaylor.com
twaite@alversontaylor.com
***Counsel for Trans Union LLC***

**HAINES & KRIEGER, LLC and KNEPPER & CLARK, LLC**

//S// Shaina R. Plaksin
-----
David H. Krieger, Nevada Bar No. 9086
8985 S. Eastern Ave, Suite 350
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518
dkrieger@hainesandkrieger.com
and
Matthew I. Knepper
Miles N. Clark
Shaina R. Plaksin
Knepper & Clark, LLC
10040 W Cheyenne Ave, Suite 170-109
Las Vegas, NV 89129
(702) 825-6060
(702) 447-8048 Fax
Matthew.knepper@kneeperclark.com
Miles.clark@knepperclark.com
Shaina.plaksin@knepperclark.com
***Counsel for Plaintiff***

# **ORDER**

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated this 6th day of December, 2018.



**UNITED STATES MAGISTRATE JUDGE**

```
IT IS HEREBY ORDERED that Trans Union LLC must file an answer
or otherwise respond to the amended complaint on or before
December 27, 2018.
```