Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHERYL DAVIS,<br><br>        Plaintiff,<br><br>vs.<br><br>CARRINGTON MORTGAGE SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANSUNION LLC,<br><br>        Defendants. | Case No.: 2:18-cv-02181-APG-VCF<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO CARRINGTON MORTGAGE SERVICES, LLC, ONLY** |

      Plaintiff Cheryl Davis and Defendant Carrington Mortgage Services, LLC, hereby stipulate

and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed.

R. Civ. P. 41 (a)(2) as to, and **ONLY as to CARRINGTON MORTGAGE SERVICES, LLC.**

Each party shall bear its own its own attorney's fees and costs of suit.

      Dated February 5, 2019.

| **KNEPPER & CLARK LLC** | **NAYLOR & BRASTER** |
|---|---|
| /s/ *Shaina R. Plaksin* | /s/ *Andrew J. Sharples* |
| Matthew I. Knepper, Esq. | Jennifer L. Braster, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 9982 |
| Miles N. Clark, Esq. | Andrew J. Sharples, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 12866 |
| Shaina R. Plaksin, Esq. | 1050 Indigo Drive, Suite 200 |
| Nevada Bar No. 13935 | Las Vegas, NV 89145 |
| 10040 W. Cheyenne Ave., Suite 170-109 | Email: jbraster@nblawnv.com |
| Las Vegas, NV 89129 | Email: asharples@nblawnv.com |
| Email: matthew.knepper@knepperclark.com | |
| Email: miles.clark@knepperclark.com | **JONES DAY** |
| | Katherine A. Neben, Esq. |
| **HAINES & KRIEGER LLC** | Nevada Bar No. 14590 |
| David H. Krieger, Esq. | 3161 Michelson Drive |
| Nevada Bar No. 9086 | Irvine, CA 92612 |
| 8985 S. Eastern Avenue, Suite 350 | Email: kneben@jonesday.com |
| Henderson, NV 89123 | |
| Email: dkrieger@hainesandkrieger.com | *Counsel for Defendant* |
| | *Experian Information Solutions, Inc.* |
| *Counsel for Plaintiff* | |
| **AKERMAN LLP** | **ALVERSON TAYLOR & SANDERS** |
| /s/ *Tenesa S. Powell* | /s/ *Trevor Waite* |
| Natalie L. Winslow, Esq. | Kurt R. Bonds, Esq. |
| Nevada Bar No. 12125 | Nevada Bar No. 6228 |
| Tenesa S. Powell, Esq. | Trevor Waite, Esq. |
| Nevada Bar No. 12488 | Nevada Bar No. 13779 |
| 1635 Village Center Circle, Suite 200 | 6605 Grand Montecito Parkway, Suite 200 |
| Las Vegas, NV 89134 | Las Vegas, NV 89149 |
| Email: natalie.winslow@akerman.com | Email: kbonds@alversontaylor.com |
| Email: tenesa.powell@akerman.com | Email: twaite@alversontaylor.com |
| *Counsel for Defendant* | *Counsel for Defendant* |
| *Carrington Mortgage Services LLC* | *Trans Union LLC* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: February 5, 2019.