Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHERYL DAVIS,<br><br>Plaintiff,<br><br>vs.<br><br>CARRINGTON MORTGAGE SERVICING LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANSUNION LLC,<br><br>Defendants. | Case No.: 2:18-cv-02181-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO EXPERIAN'S MOTIONS TO DISMISS [49], STAY DISCOVERY [50], AND FOR PROTECTIVE ORDER [52]**<br><br>**[FIRST REQUEST]** |

Plaintiff Cheryl Davis ("Plaintiff"), by and through her counsel of record, and Defendant Experian Information Solutions, Inc., ("Experian") have agreed and stipulated to the following:

1. On April 22, 2019, Plaintiff filed a Second Amended Complaint [ECF Dkt. 46].

2. On May 13, 2019, Experian moved to dismiss Plaintiff's Second Amended Complaint [ECF Dkt. 49].

3. On May 14, 2019, Experian Moved to Stay Discovery [ECF Dkt. 50] and a Motion for Protective Order [ECF Dkt. 52].

4. Plaintiff's Responses are due May 28, 2019.

5. Plaintiff and Experian have agreed to extend Plaintiff's response deadline eight days, and Experian's reply deadline to nine days thereafter in order to allow counsel additional time to file their respective briefs due several overlapping deadlines. As a result, both Plaintiff and Experian hereby request this Court to further extend the date for Plaintiff to respond to Experian's Motion to Dismiss Second Amended Complaint; Motion to Stay Discovery; and Motion for Protective Order until **June 5, 2019** and Experian's deadline to file its Replies until **June 20, 2019**.

/ / /

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO EXPERIAN'S MOTIONS TO DISMISS [49], STAY DISCOVERY [50], AND FOR PROTECTIVE ORDER [52][FIRST REQUEST] - 2

This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

IT IS SO STIPULATED.
Dated May 28, 2019.

| **KNEPPER & CLARK LLC** | **JONES DAY** |
|---|---|
| /s/ *Matthew I. Knepper* | /s/ *Justin Potesta* |
| Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>Shaina R. Plaksin, Esq.<br>Nevada Bar No. 13935<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com | Katherine A. Neben, Esq.<br>Nevada Bar No. 14590<br>Cheryl O'Connor, Esq.<br>Nevada Bar No. 14745<br>Justin Potesta (*Admitted Pro Hac Vice*)<br>3161 Michelson Drive<br>Irvine, CA 92612<br>Email: kneben@jonesday.com<br>Email: coconnor@jonesday.com<br>Email: jpotesta@jonesday.com |
| **HAINES & KRIEGER LLC**<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV 89123<br>Email: dkrieger@hainesandkrieger.com<br><br>*Counsel for Plaintiff* | **NAYLOR & BRASTER**<br>Jennifer L. Braster, Esq.<br>Nevada Bar No. 9982<br>Andrew J. Sharples, Esq.<br>Nevada Bar No. 12866<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br>Email: jbraster@nblawnv.com<br>Email: asharples@nblawnv.com<br><br>*Counsel for Defendant*<br>*Experian Information Solutions, Inc.* |

**ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO EXPERIAN'S MOTIONS TO DISMISS SECOND AMENDED COMPLAINT; TO STAY DISCOVERY; AND FOR PROTECTIVE ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: May 29, 2018.

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO EXPERIAN'S MOTIONS TO DISMISS [49], STAY DISCOVERY [50], AND FOR PROTECTIVE ORDER [52][FIRST REQUEST] - 3