# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| CHERYL DAVIS,<br><br>        Plaintiff,<br><br>vs.<br><br>CARRINGTON MORTGAGE SERVICING LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC,<br><br>        Defendants. | 2:18-cv-02181-APG-VCF<br><br>**ORDER** |

Before the court are the following motions:

1. Defendant Experian Information Solutions, Inc.'s Motion to Stay Discovery and Request for Order Shortening Time or, Alternatively, for a Protective Order (ECF Nos. 50, 51, 52), and,

2. Plaintiff's Motion to Seal and/or Redact Exhibits A-16, A-23, and B to Plaintiff's Response to Experian's Motion to Stay Discovery (ECF NO. 63).

Accordingly,

IT IS HEREBY ORDERED that a hearing on Defendant Experian Information Solutions, Inc.'s Motion to Stay Discovery and Request for Order Shortening Time or, Alternatively, for a Protective Order (ECF Nos. 50, 51, 52) and Plaintiff's Motion to Seal and/or Redact Exhibits A-16, A-23, and B to Plaintiff's Response to Experian's Motion to Stay Discovery (ECF NO. 63), is scheduled for 1:00 PM, August 19, 2019, in Courtroom 3D.

DATED this 1st day of July, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE