NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
REX D. GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: rex.garner@akerman.com

*Attorneys for Defendant Carrington Mortgage Services, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHERYL DAVIS, | Case No.: 2:18-cv-02181-APG-VCF |
| Plaintiff, | |
| vs. | **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| CARRINGTON MORTGAGE SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS INC.; AND TRANSUNION, LLC, | |
| Defendants. | |

**TO: ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Carrington Mortgage Services, LLC provides notice that Tenesa S. Powell, Esq. is no longer associated with the law firm of Akerman LLP.

///

///

///

///

///

///

///

///

1

52705205;1

Akerman LLP continues to serve as counsel for Carrington Mortgage Services, LLC in this action. All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Ariel Stern, Esq., Natalie L. Winslow, Esq. and Rex D. Garner, Esq.

DATED: April 13, 2020         **AKERMAN LLP**

*/s/ Rex D. Garner*
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
REX D. GARNER, ESQ.
Nevada Bar No. 9401
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Defendant Carrington Mortgage Services, LLC*

## COURT APPROVAL

IT IS SO ORDERED.

Date: 4-14-2020

_____
UNITED STATES MAGISTRATE JUDGE
Case No.: 2:18-cv-02181-APG-VCF

2

52705205;1