Cheryl L. O'Connor
Nevada Bar No. 14745
coconnor@jonesday.com
Justin Potesta (admitted *pro hac vice*)
jpotesta@jonesday.com
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA  92612.4408
(T) (949) 851-3939
(F) (949) 553-7539

Jennifer L. Braster
Nevada Bar No. 9982
jbraster@nblawnv.com
Andrew J. Sharples
Nevada Bar No. 12866
asharples@nblawnv.com
Naylor & Braster
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001

Attorneys for Defendant
Experian Information Solutions, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHERYL DAVIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CARRINGTON MORTGAGE SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANSUNION LLC,<br><br>　　　　　Defendants. | Case No. 2:18-cv-2181-APG-VCF<br><br>**DECLARATION OF JUSTIN POTESTA IN SUPPORT OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S BILL OF COSTS** |

**DECLARATION OF JUSTIN POTESTA**

I, Justin Ptesta, declare as follows:

1. I am an associate in the law firm Jones Day, counsel of record for defendant Experian Information Solutions, Inc. ("Experian") in this action. I have personal knowledge of the matters stated herein, and if called upon to do so, could and would testify competently thereto.

2. I make this declaration in support of Experian's Bill of Costs.

3. As counsel for Experian in this action, I am familiar with the costs incurred in this case.

4. My firm and our local counsel, Naylor & Braster, on behalf of Experian, incurred $10,853.25 in costs associated with depositions and transcripts for this case. These costs are listed in the Bill of Costs filed concurrently herewith and itemized in the table below. A true and correct copy of the invoices reflecting these costs are attached as Exhibit 1.

5. These costs are correct and were actually and necessarily incurred in this action.

6. Itemized Costs:

| Exhibit | Category of Cost | Total Cost |
|---|---|---|
| 1 | Deposition Costs: Plaintiff Cheryl Davis<br>• Deposition Fees: $4,223.54<br>• Video Services: $3,157.76 | $7,381.30 |
| 1 | Deposition Costs: Kim Cave, Experian's 30(b)(6) Witness | $3,322.30 |
| 1 | Transcript of August 19, 2019 Motion to Stay Hearing | $149.65 |
|  | **TOTAL** | $10,853.25 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on April 27, 2020, in Irvine, California.

Dated:        April 27, 2020

/s/ Justin Potesta
Justin Potesta