UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CHERYL DAVIS,

                    Plaintiff-Appellant,

vs.

EXPERIAN INFORMATION SOLUTIONS, INC.,

                    Defendant-Appellee.

District No.   2:18-cv-02181-APG-VCF

U.S.C.A. No.   20-15667

ORDER ON MANDATE

    The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on 6/10/21, issued its judgment REVERSING and REMANDING the judgment of the District Court, and the Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

    IT IS FURTHER ORDERED that the parties' stipulation (ECF No. 95) is GRANTED and defendant Experian Information Solutions, Inc. shall file an answer or response to the second amended complaint by August 16, 2021.

Dated this 16th day of July, 2021.

_____
Andrew P. Gordon
United States District Judge