Cheryl O'Connor
Nevada Bar No. 14745
Justin Potesta
Admitted *Pro Hac Vice*
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA  92612-4408
Telephone:     (949) 851-3939
Facsimile:      (949) 553-7539
coconnor@jonesday.com
jpotesta@jonesday.com

Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV  89145
Telephone:    (702) 420-7000
Facsimile:      (702) 420-7001
jbraster@nblawnv.com

Attorneys for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Cheryl Davis, | Case No. 2:18-cv-02181-APG-VCF |
| Plaintiff, | **SECOND STIPULATION AND ORDER TO CONTINUE DEADLINE FOR EXPERIAN TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT BY 30 DAYS** |
| v. | |
| Carrington Mortgage Services, LLC; Experian Information Solutions, Inc.; and TransUnion LLC, | |
| Defendants. | **(SECOND REQUEST)** |
| | Complaint filed: 11/13/2018 |

Pursuant to Local Rules 7-1 and IA 6-1, Plaintiff Cheryl Davis ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") (collectively the "Parties"), by and through their attorneys, hereby stipulate to extend the deadline for Experian to respond to Plaintiff's Second Amended Complaint as follows:

1.      Plaintiff filed her original Complaint in this case on November 13, 2018. (ECF No. 1.)

2.      Plaintiff filed a First Amended Complaint on December 5, 2018. (ECF No. 14.)

3.      With the Court's leave, Plaintiff filed a Second Amended Complaint ("SAC") on April 22, 2019. (ECF No. 46.)

4.      On May 13, 2019, Experian moved to dismiss Plaintiff's SAC. (ECF No. 49.)

5.      On April 10, 2020, the Court granted Experian's motion to dismiss in its entirety. (ECF No. 82.)

6.      On April 13, 2020, Plaintiff filed a Notice of Appeal. (ECF No. 86.)

7.      On June 10, 2021, the Ninth Circuit reversed this Court's order of dismissal and remanded the case for further proceedings. (ECF No. 92.) The Ninth Circuit issued its mandate on July 2, 2021. (ECF No. 93.)

8.      On July 16, 2021, the parties filed a stipulation to continue Experian's deadline to respond to the SAC by 30 days to August 16, 2021. (ECF No. 95.)

9.      On July 16, 2021, the Court granted the Parties' stipulation, and therefore Experian's current deadline to respond to the SAC is August 16, 2021. (ECF No. 96.)

10.     The Parties are actively engaged in settlement discussions, but require additional time to continue those discussions. The Parties therefore agree that there is good cause to continue the responsive pleading deadline 30 days, up to and including September 15, 2021, to allow the Parties to continue their settlement discussions without the need for expending additional resources.

11.     This is the second request to extend Experian's deadline to respond to the SAC.

12.     This stipulation is made in good faith and is not filed for an improper purpose, such as undue delay.

STIPULATION
Case No. 2:18-cv-02181-APG-VCF

- 2 -

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, that Experian's deadline to respond to Plaintiff's SAC shall be continued up to and including September 15, 2021.

**IT IS SO STIPULATED**.

Dated August 13, 2021.

| **KNEPPER & CLARK LLC** | **NAYLOR & BRASTER** |
| --- | --- |
| */s/ Matthew L. Knepper* | */s/Jennifer L. Braster* |
| Matthew I. Knepper, Esq. | Jennifer L. Braster, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 9982 |
| Miles N. Clark, Esq. | 1050 Indigo Drive, Suite 200 |
| Nevada Bar No. 13848 | Las Vegas, NV 89145 |
| 10040 W. Cheyenne Ave., Suite 170-109 | Email: jbraster@nblawnv.com |
| Las Vegas, NV 89129 | |
| Email: matthew.knepper@knepperclark.com | **JONES DAY** |
| Email: miles.clark@knepperclark.com | |
| | Cheryl L. O'Connor, Esq. |
| **FREEDOM LAW FIRM** | 3161 Michelson Drive |
| | Irvine, CA 92612 |
| David H. Krieger, Esq. | Email: coconnor@jonesday.com |
| Nevada Bar No. 9086 | |
| 8985 S. Eastern Avenue | *Counsel for Defendant* |
| Suite 350 | *Experian Information Solutions, Inc.* |
| Las Vegas, NV 89123 | |
| (702) 880-5554 | |
| Email: Ghaines@freedomlegalteam.com | |
| | |
| *Counsel for Plaintiff* | |

## ORDER

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: _____8-16-2021_____