Cheryl O'Connor
Nevada Bar No. 14745
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA  92612-4408
Telephone:     (949) 851-3939
Facsimile:      (949) 553-7539
coconnor@jonesday.com
jpotesta@jonesday.com

Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV  89145
Telephone:   (702) 420-7000
Facsimile:    (702) 420-7001
jbraster@nblawnv.com

Attorneys for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cheryl Davis,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Carrington Mortgage Services, LLC; Experian Information Solutions, Inc.; and TransUnion LLC,<br><br>　　　　　Defendants. | Case No. 2:18-cv-02181-APG-VCF<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2  PLEASE TAKE NOTICE that attorney Justin Andrew Potesta is no longer associated with

3  JONES DAY and no longer represents Experian Information Solutions, Inc. ("Experian") in the

4  above-captioned action. Therefore, it is no longer necessary that Justin Andrew Potesta

5  (jpotesta@jonesday.com) receive CM/ECF notice.  Cheryl O'Connor and Jennifer L. Braster will

6  remain counsel of record and should continue to receive notices relating to this case.

8  Dated:        September 16, 2021        **NAYLOR & BRASTER**

9                                         */s/ Jennifer L. Braster*
10                                        Jennifer L. Braster, Esq.
                                          Nevada Bar No. 9982
11                                        1050 Indigo Drive, Suite 200
                                          Las Vegas, NV 89145
12                                        Email: jbraster@nblawnv.com

13                                        **JONES DAY**

14                                        Cheryl L. O'Connor, Esq.
                                          3161 Michelson Drive
15                                        Irvine, CA 92612
                                          Email: coconnor@jonesday.com
16

17                                        *Counsel for Defendant*
                                          *Experian Information Solutions, Inc.*
18

21                                        IT IS SO ORDERED.

22                                        _____
23                                        Cam Ferenbach
                                          United States Magistrate Judge
24
                                          DATED  9-17-2021
25                                        _____

- 1 -

## **CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 4(b), I hereby certify that I am an employee of NAYLOR & BRASTER and that on this 16th day of September 2021, I caused the document **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** to be served through those persons designated by the parties.

*/s/ Amy Reams*
An Employee of NAYLOR & BRASTER

- 2 -