Cheryl O'Connor
Nevada Bar No. 14745
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA  92612-4408
Telephone:	(949) 851-3939
Facsimile:	(949) 553-7539
coconnor@jonesday.com

Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV  89145
Telephone:	(702) 420-7000
Facsimile:	(702) 420-7001
jbraster@nblawnv.com

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cheryl Davis,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Carrington Mortgage Services, LLC; Experian Information Solutions, Inc.; and TransUnion LLC,<br><br>　　　　　　Defendants. | Case No. 2:18-cv-02181-APG-VCF<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF'S STATUS REPORT REGARDING SETTLEMENT AND JOINT REQUEST FOR ADDITIONAL TIME TO COMPLETE SETTLEMENT PAPERWORK**<br><br>Complaint filed: 11/13/2018 |

　　　　On August 26, 2021, Plaintiff and Experian Information Solutions, Inc. ("Experian") filed a notice of settlement with the Court, stating that the parties anticipated completing settlement documents and filing a Stipulation of Dismissal with the Court within the next sixty (60) days. (ECF No. 99). The parties have finalized the settlement documents and are now obtaining all

necessary signatures, which has been somewhat delayed due to COVID, and respectfully request an additional sixty (60) days to complete the settlement paperwork and submit a Stipulation for Dismissal.

DATED this 25th day of October 2021.

| **KNEPPER & CLARK LLC** | **NAYLOR & BRASTER** |
|---|---|
| */s/ Matthew I. Knepper* <br> Matthew I. Knepper, Esq. <br> Nevada Bar No. 12796 <br> Miles N. Clark, Esq. <br> Nevada Bar No. 13848 <br> 5510 S. Fort Apache Rd., Suite 30 <br> Las Vegas, NV 89148 <br> Email: matthew.knepper@knepperclark.com <br> Email: miles.clark@knepperclark.com <br><br> *Counsel for Plaintiff* | */s/ Jennifer L. Braster* <br> Jennifer L. Braster, Esq. <br> Nevada Bar No. 9982 <br> 1050 Indigo Drive, Suite 200 <br> Las Vegas, NV 89145 <br> Email: jbraster@nblawnv.com <br><br> **JONES DAY** <br><br> Cheryl L. O'Connor, Esq. <br> 3161 Michelson Drive <br> Irvine, CA 92612 <br> Email: coconnor@jonesday.com <br><br> *Counsel for Defendant* <br> *Experian Information Solutions, Inc.* |

## **ORDER**

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: \_\_10-25-2021\_\_\_\_\_

- 2 -

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am an employee of NAYLOR & BRASTER and that on this 25th day of October 2021, I caused the document **DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF'S STATUS REPORT REGARDING SETTLEMENT AND JOINT REQUEST FOR ADDITIONAL TIME TO COMPLETE SETTLEMENT PAPERWORK** to be served through the Court's CM/ECF system to those persons designated by the parties as receiving service.

/s/ Amy Reams
An Employee of NAYLOR & BRASTER