Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: miles.clark@knepperclark.com

George H. Haines, Esq., SBN 9411
FREEDOM LAW FIRM
8985 S. Eastern Avenue, Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554, Ext.222
Facsimile: (702) 967-6666
Email: ghaines@freedomlegalteam.com

*Co-counsel for Plaintiff
Cheryl Davis*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHERYL DAVIS,<br><br>             Plaintiff,<br><br>     v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>             Defendant. | Case No. 2:18-cv-02181-APG-VCF<br><br>**STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC., WITH PREJUDICE**<br><br>Complaint filed: June 8, 2020 |

PLEASE TAKE NOTICE that Plaintiff Cheryl Davis ("Plaintiff") and Defendant Experian Information Solutions, Inc., ("Experian") hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii).

Plaintiff hereby stipulates that all of her claims and causes of action against Experian, which were or could have been the subject matter of this lawsuit, are hereby dismissed with

prejudice, without costs or fees to any party. There are no longer any issues in this matter between Plaintiff and Experian to be determined by the Court, and Experian is the only remaining defendant.

**IT IS SO STIPULATED.**
DATED: November 10, 2021.

| | |
|---|---|
| **KNEPPER & CLARK LLC** | **NAYLOR & BRASTER** |
| /s/ *Matthew I. Knepper* | /s/ *Jennifer L. Braster* |
| Matthew I. Knepper, Esq. | Jennifer L. Braster, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 9982 |
| Miles N. Clark, Esq. | 1050 Indigo Drive, Suite 200 |
| Nevada Bar No. 13848 | Las Vegas, NV 89145 |
| 5510 So. Fort Apache Rd, Suite 30 | Email: jbraster@nblawnv.com |
| Las Vegas, NV 89148 | |
| Matthew.Knepper@knepperclark.com | **JONES DAY** |
| Miles.Clark@knepperclark.com | Cheryl L. O'Connor, Esq. |
| | Nevada Bar No. 14745 |
| **FREEDOM LAW FIRM** | 3161 Michelson Dr., Ste. 800 |
| George H. Haines, Esq. | Irvine, CA 92612 |
| Nevada Bar No. 9411 | Email: coconnor@jonesday.com |
| 8985 S. Eastern Avenue, Suite 350 | |
| Las Vegas, NV 89123 | *Counsel for Defendant* |
| ghaines@freedomlegalteam.com | *Clarity Information Solutions, Inc.* |
| *Counsel for Plaintiff Cheryl Davis* | |

## ORDER GRANTING STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC., WITH PREJUDICE

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED this 12th day of   November   2021.

*Cheryl Davis v. Experian Information Solutions, et al*
*Case No. 2:18-cv-02181-APG-VCF*

Distribution: All ECF-registered counsel of record via email generated by the court's ECF system.

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430